UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES LITIGATION

---

## INITIAL CASE ADMINISTRATION ORDER

---

1.      This Order shall govern the initial case administration of those actions

transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its

Order of June 17, 2009 as well as all related actions originally filed in this Court or

transferred or removed to this Court. To date these actions include:

•      Robert Rivera v. Oppenheimer California Municipal Fund, et al (C.A. No. 3:09-

       567 Northern District of California)

•      Frank Tackmann v. OppenheimerFunds, Inc., et al (C.A. No. 3:09-1184 Northern

       District of California)

•      Stephen Lowe v. Oppenheimer California Municipal Fund, et al (C.A. No. 3:09-

       1243 Northern District of California)

•      Kenneth Milhem v. Oppenheimer California Municipal Fund, et al (C.A. No. 3:09-

       1414 Northern District of California)

•      Lisl Bernstein, et al v. Rochester Fund Municipals, et al (C.A. No. 1:09-807

       Eastern District of New York)

•      Bert Vladimir v. Rochester Fund Municipals, et al (C.A. No. 1:09-866  Eastern

       District of New York)

- Maureen E. Mershon v. Rochester Fund Municipals, et al (C.A. No. 1:09-1296 Eastern District of New York)

- Robert Weiner v. Rochester Fund Municipals, et al (C.A. No. 1:09-1305  Eastern District of New York)

- Bill Laufer, et al, v. Rochester National Municipals Funds, et al (C.A. No. 1:09-2433  Southern District of New York)

- John R. Woods, v. Oppenheimer Pennsylvania Municipal Fund, et al (C.A. No. 2:09-514 Western District of Pennsylvania)

- Brendan L. Bock v. Oppenheimer Rochester National Municipals Fund, et al

- C.A. No. 1:09-550 District of Colorado)

- Bernadette Begley v. Rochester Fund Municipals, et al (C.A. No. 1:09-703 District of Colorado)

- Ellen Stokar v. Oppenheimer Rochester National Municipals Fund, et al (C.A. No. 1:09-706 District of Colorado)

2.    This Order shall govern the initial case administration of the following related cases filed in the U.S. District Court for the District of Colorado and all additional cases filed in the U.S. District Court for the District of Colorado on or after June 22, 2009:

- Tackmann v. OppenheimerFunds, Inc., et al (C.A. No. 09-cv-00927)

- Krim v. Oppenheimer Rochester National Municipals Fund, et al (C.A. No. 09-cv-01042)

- Trueman v. Oppenheimer Rochester National Municipals Fund, et al (C.A. No. 09-cv-01060)

- Prince v. Oppenheimer AMT-Free Municipals, et al (C.A. No. 09-cv-01243)

2

- Egts v. Oppenheimer Funds, Inc. (C.A. No. 09-cv-01368)

- Unanue v. Oppenheimer New Jersey Municipal Fund, et al (C.A. No. 09-cv-01406)

- Connel, v. Oppenheimer AMT-Free Municipal Fund, et al (C.A. No. 09-cv-01447)

3.      This Order shall also govern the initial case administration in any tagalong actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 1 of the Rules of Procedure of that Panel subsequent to the filing of the final transfer order by the Clerk of this Court and any related actions subsequently filed in this Court or otherwise transferred or removed to this Court.

4.      The actions described in paragraphs 1 and 2 of this Order are consolidated for pretrial purposes.

5.      Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b) United States Magistrate Judge Kathleen M. Tafoya is designated to conduct proceedings, but only as specifically referred in future orders.

6.      Any pleading or paper which is to be filed in any of the actions described in paragraphs 1 and 3 of this Order shall be filed with the Clerk of this Court and not with the transferor district court.

7.      All papers filed in the consolidated action shall use the caption as set forth in this Order.

8.      All papers filed shall be filed **only** in the Master Docket in this Court in case no. 09-md-02063-JLK-KMT.

9.      Each pleading or paper shall also state the individual case or cases to which it relates, by using the District of Colorado case number.  That case number will be

3

assigned as part of the case opening process by the District of Colorado for each

transferred case.

If it relates to all cases, the caption should appear as follows:

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES

LITIGATION

This document relates to all the MDL actions


If it relates to only certain cases, the caption should appear as follows:

Master Docket No. 09-md-02063-JLK-KMT (MDL Docket No. 2063)

IN RE: OPPENHEIMER ROCHESTER FUNDS GROUP SECURITIES

LITIGATION

This document relates to:   09-cv-_____-JLK-KMT (last name of the first listed

plaintiff)

09-cv-_____-JLK-KMT  (last name of the first listed

plaintiff)


10.     All pleadings or papers filed in this Court shall be filed electronically in a

portable document format (PDF) using the Electronic Case Filing System (ECF)

through the Court's web site at http://www.cod.uscourts.gov pursuant to the

Electronic Case Filing Procedures for the District of Colorado (Civil Cases).

11.     The following steps shall be completed as soon as possible but no later

than **July 6, 2009.** Counsel who appeared only in the transferor district court before

the transfer must apply for admission to the bar of this Court and enter a separate appearance before this Court. Counsel are directed to D.C.Colo.LCivR. 83.3 for the pertinent admission procedures. Counsel shall complete their application for admission which is available at this Court's website, listed above, and submit the application and filing fee. Once admitted, counsel shall register as a participant in this Court's ECF system by completing the ECF Attorney Registration Form at the Court's website.

12.     The deadlines to file all answers or other responsive pleadings are tolled until further order of the court.

13.     All pending motions in all cases subject to this order are denied without prejudice, with leave to re-file them in the Master Docket.  The refiling of Motions to Consolidate and for designation of Lead Plaintiff/Lead Counsel should await specific instructions to be set forth in a follow-up Case Management Order I intend to issue in the next few days.

14.     The time requirements to perform any acts or file any papers pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure are tolled until further order of the Court.

15.     The Court will be guided by the most recent volume of the <u>Manual for Complex</u>

<u>Litigation</u> (4th Edition, 2004) approved by the Judicial Conference of the United States

and counsel are directed to familiarize themselves with that publication.

Dated: June 24, 2009

                                                    BY THE COURT:

                                                    <u>s/ John L. Kane</u>
                                                    John L. Kane
                                                    U. S. District Judge